**FOR PUBLICATION IN WEST'S HAWAI′I REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000486
05-JUL-2022
09:00 AM
Dkt. 75 OCOR

NOS. CAAP-18-0000486 AND CAAP-18-0000963
(CONSOLIDATED)

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI′I

U.S. BANK TRUST, N.A., AS TRUSTEE FOR
LSF9 MASTER PARTICIPATION TRUST, Plaintiff-Appellee,
v.
ASSOCIATION OF APARTMENT OWNERS OF
WAIKOLOA HILLS CONDOMINIUM PHASE I, Defendant-Appellant
and
MARSHALL D. CHINEN, ESQ., AS THE SUCCESSOR
PERSONAL REPRESENTATIVE FOR THE ESTATE OF
GALE DAWN DEFUENTES, DECEASED; JOHN DOES 1-20;
JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20;
AND DOE GOVERNMENTAL UNITS 1-20, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 17-1-332K )

ORDER OF CORRECTION
(By: Leonard, J.)

IT IS HEREBY ORDERED that the Amended Opinion of the court, filed on February 28, 2022, is hereby corrected as follows:

At page 8, line 10 from top, capitalize "p" in the word "property" so that the sentence now reads as follows:

acquired title to the Property by virtue of its nonjudicial

At page 14, line 12 from bottom, edit the case name from "Bank of Am., N.A. v. Reyes-Toledo" to "Reyes-Toledo" so that the sentence now reads as follows:

motion."  Reyes-Toledo, 139 Hawaiʻi at 367

At page 24, line 3 from top, insert "V." before "CONCLUSION" so that it reads as follows:

V.  CONCLUSION

The clerk of the court is directed to incorporate the foregoing change in the Amended Opinion filed on February 28, 2022.

DATED: Honolulu, Hawaiʻi, July 5, 2022.

/s/ Katherine G. Leonard
Associate Judge